JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALOMA MALLMANN, | Case No. 2:16-cv-4048-R (AJWx) |
| Plaintiff, | Hon. Manuel L. Real |
| v. | **Order Granting Stipulation to Dismiss Action and Proceed with Binding Arbitration** |
| DB BUILDER, INC., THEODORE THERRIAULT, an individual, and DOES 1-20, | |
| Defendants. | Action Filed: April 5, 2016<br>Trial Date: February 7, 2017 |

As requested by the parties, IT IS ORDERED that this action is dimissed without prejudice, with each party to bear its own costs.

DATED: October 3, 2016

By: _____
HON. MANUEL L. REAL